IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALFRED VERLE TRAUB,

Defendant.                                                No. 12-30126-DRH

## ORDER

**HERNDON, Chief Judge**:

Now before the Court is defendant's motion to continue July 30, 2012 trial (Doc. 20). Defendant states that his counsel needs additional time for to prepare for trial and pretrial matters. The government does not object. The Court being fully advised in the premises finds that defendant needs additional for to prepare for trial and pretrial matters. The Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by the granting of such continuance outweigh the best interests of the public and defendant in a speedy trial. The Court also finds that to deny a continuance of the matter would result in a miscarriage of justice.

Therefore, the Court **GRANTS** defendant's motion to continue July 30, 2012 trial (Doc. 20). The Court **CONTINUES** the jury trial scheduled for July 30, 2012 to **Monday, October 1, 2012, at 9:00 a.m.** The time from the date the original motion was filed, July 13, 2012, until the date to which the trial is rescheduled, October 1,

2012, is excludable time for the purposes of speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 13th day of July, 2012.

Digitally signed by David R. Herndon
Date: 2012.07.13 11:21:55 -05'00'

**Chief Judge**
**United States District Court**